J. Mark Meinhardt, SBN #027868
Meinhardt Law Firm PLLC
14441 W. McDowell Rd., Suite B102
Goodyear, AZ 85395
(602) 714-7139
meinhardtlaw@gmail.com
Attorney for Plaintiffs

ALAN H. ZIMMERMAN, P.C.
1617 East Pinchot Ave. Phoenix, Arizona 85016
Telephone: (602) 265-6334
Alan H. Zimmerman - No. 010133
ahzpc@cs.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**DONALD AND PATRICIA MCCOY,**

        **Plaintiffs,**

vs.                                 Case 2:14-cv-00048-JZB

**U.S. COLLECTIONS WEST, INC.,**

        **Defendant.**          **STIPULATION OF DISMISSAL**
                                                       **WITH PREJUDICE**

---

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff and the Defendants hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                          Respectfully submitted,

                                          By <u>s/ J. Mark Meinhardt</u>
                                          J. Mark Meinhardt, SBN #027868

                                          By <u>s/ Alan H. Zimmerman</u>
                                          Alan H. Zimmerman - No. 010133