IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald McCoy, et al., | No. CV-14-00048-PHX-JZB |
| Plaintiffs, | **ORDER** |
| v. | |
| U.S. Collections West Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice (Doc. 37), and good cause appearing,

**IT IS ORDERED** that the February 22, 2016 Final Pretrial Conference is vacated.

**IT IS FURTHER ORDERED** that the Stipulation of Dismissal With Prejudice (Doc. 37) is granted.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated this 8th day of January, 2016.

Honorable John Z. Boyle
United States Magistrate Judge